**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Harold Howard _____, Plaintiff

v.

United States of America _____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
_____ Yes   x   No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Harold Howard, Prisoner No. 21404-055
FCI Englewood, 9595 W. Quincy Ave. Littleton, CO 80123

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: United States of America
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ____ No (*check one*). Briefly explain:

Defendant 1 is being sued in his/her ____ individual and/or ____ official capacity.

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    State/Local Official (42 U.S.C. § 1983)

___    Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

__X__    Other: (*please identify*) _Title 28 U.S.C. 1331 and 1343 (a)(Federal Question) Title 28 U.S.C. 1346 (b), 2671 et. seq._

3

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Negligence (general negligence)

Claim one is asserted against these Defendant(s): United States of America, et al., All Defendants were negligent as articulated in plaintiff's attached statement of claim (declaration of Harold Howard.)

Supporting facts: The facts supporting this claim are articulated in the "statement of claim" declaration of Harold Howard and the associated attachments.

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):            _____

Docket number and court:            _____

Claims raised:                      _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    _____

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:            _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff requests that this Court render judgment against the defendants:

A. In the sum to be shown at trial, but in no event less than $250,000.00;

B. Including whatever pre- and postjudgment interest may be allowed by law; and that

C. Plaintiff be awarded costs of suit.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9/17/24
_____
(Date)

(Revised November 2022)

6

DECLARATION OF HAROLD HOWARD

Harold Howard states:

1. Under Colorado law, healthcare providers owe patients and non-patients a duty to avoid harm on the basis of their care for the individual, or any harm that follows from referral to outside healthcare providers. It follows that healthcare providers have a duty to refer an individual for outside testing that would alleviate injury, where the failure to do so would result in continued harm and determin that medical examinations impose physicians a duty to exercise a level of care consistent with "professional training and expertise."

2. Plantiff brings this action against defendant, the United States of America, pursuant to the Federal Tort Claims Act. This Court has jurisdiction pursuant to 28 U.S.C. §1346(b).

3. The plantiff has complied with all prerequisites to a suit under the Federal Tort Claims Act in that: A) On March 19, 2024 the plaintiff timely filed an administrative claim for the matters in dispute in the action in the sum of $500,000 with the Bureau of Prisons. B) The defendant, by and through its agency, the United States Department of Justice, Federal Bureau of Prisons, denied plantiffs administrative claim on July 15, 2024. A copy of which is attached to this complaint as Exhibit "AA". C) This action was timely commenced following the denial of the administrative claim.

4. As a result of the failure of defendant to provide the plantiff adequate medical care by and through their agents, servants,

-1-

and employees, acting within the scope of their employment, plantiff suffered pain, emotional injuries, and physical injuries.

5. These injuries resulted from the negligence of the agents, servants, and employees of the defendants all acting within the scope of their employment.

6. On November 18, 2019, plantiff was examined by defendants doctors at FCI Hazelton at which time plantiff complained of pain in the area of the left hip. At that time, defendants employees diagnosed plantiff with mild oestoarthritis. Plantiff subsequently transferred to USP Leavenworth in July 2020 where he was diagnosed with mild osteoarthritis and was only given Tylenol and steroids for the pain. Plantiff was transferred again in April 2023 FCI Englewood and upon arrival complained of having pain in the hip and requested a cane and a lower bunk pass. Plantiff was told that he would be scheduled for a CT scan by Dr. Conroy in the fall of October 2023. October 2023 came and defendants failed to schedule the CT scan for the plantiffs hip.

7. In January 2024, plantiff was placed on "call-out" to see the nurse. During the appointment, plantiff asked the nurse what happened to the appointment for October of 2023? Plantiff was informed that it was forgotten and the nurse would schedule plantiff for a MRI scan.

8. On January 31, 2024, plantiff went out for the scheduled MRI scan, (See Exhibit B, medical record).

9. Defendants, by the above actions and inactions, failed to follow generally accepted medical standards.

10. As a result of these injuries, plantiff in the future will incur medical expenses, will suffer pain of mind and body,

-2-

and may be permanently disabled and suffer a substantial loss of earning capacity.

11. Because of the BOP doctors negligent failure to discharge there duty in properly diagnosing and providing proper treatment for plantiffs osteoarthritis when it was in a mild stage, plantiffs condition has gotten extremely worse. The damage that has been done has caused plantiff to have a separation in his hips, constant pain and suffering that has caused plantif anxiety, depression, insomnia, and reduced mobility; all affecting plantiffs quality of life during his incarceration.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct, see 28 U.S.C. §1746.

Executed on: 9/17/24

Harold Howard
Inmate No. 21404-055
FCI Englewood
9595 West Quincy Avenue
Littleton, Colorado 80123

-3-

EXHIBIT


AA



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS   66101*

**JUL 1 5 2024**

HOWARD, HAROLD #21404-055
FCI ENGLEWOOD
9595 WEST QUINCY AVENUE
LITTLETON, CO   80123

Re:    Claim Number: TRT-NCR-2024-05283
       FTCA – Personal Injury $500,000.00

**CERTIFIED NUMBER:**      7003 2260 0005 4719 8017

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 28 U.S.C. §§2401, 2671-2680, 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14, <u>Administrative Claims Under Federal Tort Claims Act</u>. Investigation of your claim did not reveal you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.   This letter serves as a notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>.   If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

Mary A. Noland
Regional Counsel

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Regional Director (Bureau of Prisons)<br>Gateway Complex Tower II, 8th Floor<br>400 State Ave.<br>Kansas City, Kansas 66101-2492 | Harold Howard #21404-055<br>FCI Englewood (LOW)<br>9595 West Quincy Ave.<br>Littleton, CO 80123 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>8/14/1968 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>(ongoing) | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)  **SEE ATTACHED DECLARATION***

I complained of hip pain in both of my hips while incarcerated at FCI Hazelton and was seen on 10/4/2019 concerning the same. An X-ray indicated damage to my hips which required specialized treatment. I was never given treatment and my pain increased in severity. My hip injuries became more severe as a result of this lack of care.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

My injuries include constant pain and suffering from 2019 until present date; anxiety, depression, insomnia, and reduced mobility affecting my quality of life during my incarceration.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse.)    **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| ---------- | $500,000.00 | ---------- | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Harold Howard* | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE<br>3/19/2024 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109

NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

DECLARATION OF HAROLD HOWARD

Harold Howard states:

1. I am the claimant in this FTCA claim that is attached. I submit this declaration in support of my attached claim for medical negligence and general negligence due to the United States of America (Bureau of Prisons) failing to provide me with adequate medical care.

2. Due to experiencing extreme pain in my hips I made several complaints to my care providers at FCI Hazelton in the year 2019. I was eventually seen by J. Resh, a nurse practitioner at Hazelton on or about 10/4/2019. Exhibit A is a copy of my medical record regarding an x-ray that was taken concerning my hip pain.

3. I was not provided with any care by a specialist concerning my hip while in BOP custody since 10/4/2019 when my care providers should have known that such care was necessary based upon my medical records and my constant complaints of extreme pain in my hips.

4. I was given a cane and made to deal with my pain without further care from 4/22/23 until present date.

5. Exhibit B is a copy of my medical records from 1/31/2024 in which the records evidence further damage to my hips as a result of the BOP's failure to provide me with the specialized care for my hips that was required and in a timely manner.

6. Due to the BOP's failure to provide me with care, I suffered further damage to my hips, years of hip pain, depression, anxiety, insomnia and mobility issues.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of March 2024 at Littleton, Colorado.

Harold Howard
9595 W. Quincy Ave.
Littleton, Colorado 80123

**EXHIBIT A**



## FCI Hazelton HAF

| | | | |
|---|---|---|---|
| Patient: | HOWARD, HAROLD (Male) | DOB: | 08/14/68 |
| Register#: | 21404-055 | Age: | 51 |
| Date: | 10/04/19 09:11 | Status: | OP |
| Slicecount: | 5 | | |
| History: | hip pain, suspect OA | | |
| Priors: | | | |
| Exams: | FILM BILATERAL HIPS | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 202#BOP00118172

---

### Final Report

**Exam: FILM BILATERAL HIPS**

HISTORY: Bilateral hip pain; suspect osteoarthritis

TECHNIQUE: AP and frog-leg lateral views of each hip

COMPARISON: None

FINDINGS:
Right: Normal bone mineralization. No acute fracture, dislocation or malalignment. The hip joint space is maintained. No evidence of femoral head avascular necrosis. The visualized hemipelvis and sacrum appear unremarkable. Soft tissues appear unremarkable.

Left: Normal bone mineralization. No acute fracture, dislocation or malalignment. The hip joint space is mild-moderately narrowed superiorly. Mild degenerative spurring involving the superior margin of the acetabulum. No evidence of femoral head avascular necrosis. The visualized hemipelvis and sacrum appear unremarkable. Soft tissues appear unremarkable.

IMPRESSION:
1. Normal alignment of the bilateral hips without acute bony abnormalities.
2. Mild osteoarthritis of the left hip joint.
3. Right hip joint space appears maintained/preserved without evidence of osteoarthritis.

Radiologist:                Justin Yoon, MD

Study ready at 09:13 and initial results transmitted at 19:32

J. Resh, CRNP
Nurse Practitioner
FCC Hazelton

J. Reshcep
10/11/19

[Exhibit A]

**EXHIBIT B**

Linda Hendricks FF240-IP.Rx

(01/02) 01/31/2024 03:25:55 PM

## ria
RADIOLOGY
IMAGING ASSOCIATES P.C.

FCI-ENG

REG#21404-055

Radiology Imaging Associates, P.C.
10800 E. Geddes Ave. Suite 300
Englewood, Colorado 80112
Administration: 303.761.9190
Billing: 833.699.0099
www.riaco.com

## Findings

| | | | |
|---|---|---|---|
| Patient Name: | HOWARD, HAROLD | Accession Number: | AQ4218903HCA |
| Patient ID: | AQ1280921HCA | Requested Date: | January 31, 2024 12:38 |
| Gender: | Male | Report Status: | Final |
| Date of Birth: | August 14, 1968 | Requested Procedure: | AQ4218903 |
| Home Phone: | (615)466-3466 | Procedure Description: | - MRI HIP JOINT LT WO |
| Referring Physician: | Conroy, Susan Courtney | Modality: | MR |
| Organization: | SMC | | |
| Reporting MD: | Otte, Michael | | |
| Signed On: | January 31, 2024 15:07 | | |
| Transcriptionist: | , 20240131150735 | | |
| Transcription Date: | January 31, 2024 15:07 | | |

MRI OF THE BILATERAL HIPS WITHOUT INTRAVENOUS CONTRAST

EXAM DATE AND TIME: 1/31/2024 14:06 MST

INDICATION: Bilateral hip pain

EPISODE OF CARE: Initial.

TECHNIQUE: Routine multiplanar, multiecho MRI sequences of the bilateral hips without contrast.

COMPARISON: No prior studies available for comparison.

FINDINGS
Osseous structures: No vertebral compression deformity is seen. Modic type II endplate changes L5-S1 with disc height loss noted. Sacral ala and neural foramina are normal. There is modest effacement of the ventral thecal sac L5-S1 centrally without canal stenosis. No sacral ala stress reaction or sacroiliitis is seen. Iliac crests are intact.

The right hip demonstrates partial uncovering with center edge angle of 9 degrees. No fracture or osteonecrosis. Only mild transchondral edema in the superolateral acetabulum

The left hip demonstrates advanced arthrosis and partial uncovering with sclerosis, transchondral cysts and remodeling. Separate angle is 29 degrees due to elongated osteophytes. Transchondral edema in the acetabular side of the joint also noted

The periarticular muscles and tendons are normal. The external rotator cuff regions and hamstring origins are normal. There is no deep substance tear at the trochanteric gluteus tendon insertion. No iliopsoas or greater trochanteric bursitis is seen. No solid or cystic mass lesions are identified. There is no abductor avulsion or muscular strain

RIGHT HIP (Intracapsular structures):
No significant effusion or synovitis. No intra-articular bodies. Grade 2 chondral loss posterior superior femoral head and acetabulum. Transchondral edema anterosuperior acetabulum extending laterally. Grade 2 chondral labral delamination of the superolateral acetabular margin anteriorly is present without complete detachment or juxta articular cyst development at this point. Near-complete anterior

Exhibit B

Linda Hendricks FF240-IP.Rx

(02/02) 01/31/2024 03:26:23 PM

Radiology Imaging Associates, P.C.
10800 E. Geddes Ave. Suite 300
Englewood, Colorado 80112
Administration: 303.761.9190
Billing: 833.699.0099
www.riaco.com

acetabular labral tear series 13 image 14. The alpha angle is estimated at 52 degrees.

LEFT HIP (intracapsular structures):
Complete joint space loss at the left hip is seen without effusion or synovitis. Flattening of articular surfaces contrast chondral cyst, sclerosis and edema are associated. Degenerative fibrillation and fraying of the acetabular labrum near circumferentially is seen without juxta articular cyst formation. The alpha angle is estimated at 50.6 degrees.

The pelvic soft tissues are normal. There may be a mass or pelvic kidney partially imaged

IMPRESSION:
1. Advanced arthrosis of the left hip with complete joint space loss, sclerosis and transchondral edema and transchondral cysts.
2. Partial uncovering of the right hip with partial uncovering of the femoral head and acetabulum.
3. Near-complete anterior acetabular labral tear on the right.
4. No fracture or osteonecrosis.
5. No iliopsoas or greater trochanteric bursitis.
6. Modic type II endplate changes at L5-S1 with disc height loss.
7. No solid or cystic mass lesions.
8. Possible mass or pelvic kidney. Comparison with any previous imaging or follow-up CT scan may be advisable

This study was interpreted by an American Board of Radiology certified and fellowship trained musculoskeletal radiologist who can be reached at (720) 493-3777.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED:
MICHAEL LOTTE, MD
1/31/2024 15:07 MST
Contributed By:

Exhibit B





CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0700 0000 7859 5365

HAROLD HOWARD #21404-055
FCI ENG
9595 WE
Littleto

U.S. DISTRICT COURT
901 19 STREET
DENVER, C.O 80294-3589

LEGAL MAIL